IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED |
| v. | Case No. 00-cr-45-wmc |
| JAMES BLOOD, | |
| Defendant. | |

ORDER

Based upon the motion filed by Gene Gibbs, and without any objection from the government,

IT IS ORDERED, pursuant to Title 18, United States Code, Section 3663(a)(2), that the Clerk of Court for the Western District of Wisconsin, change the victim in the above-captioned case from Doris Gibbs to Gene Gibbs at the address of ▮▮▮▮▮▮▮▮▮▮, Merrimac, WI 53561.

WILLIAM M. CONLEY
Chief United States District Judge

Dated: August 7, 2012